# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 15-2211 Dewhurst, et al v. Century Aluminum Co., et al |
| **Originating No. & Caption** | 2:09-cv-01546 Dewhurst, et al v. Century Aluminum Co., et al |
| **Originating Court/Agency** | Southern District of West Virginia |

| **Jurisdiction** (answer any that apply) | |
|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. §1291 |
| Time allowed for filing in Court of Appeals | Within 30 days |
| Date of entry of order or judgment appealed | September 9, 2015 |
| Date notice of appeal or petition for review filed | October 7, 2015 |
| If cross appeal, date first appeal filed | |
| Date of filing any post-judgment motion | |
| Date order entered disposing of any post-judgment motion | |
| Date of filing any motion to extend appeal period | |
| Time for filing appeal extended to | |
| Is appeal from final judgment or order? | ⦿ Yes    ○ No |
| If appeal is not from final judgment, why is order appealable? | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-521-4022.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ⦿ No |

01/27/2015
SCC

| Transcript (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ⦿ No |
| Has transcript been filed in district court? | ○ Yes | ⦿ No |
| Is transcript order attached? | ○ Yes | ⦿ No |

| Case Handling Requirements (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | 10-1759 | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ⦿ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ⦿ Yes | ○ No |
| Does case involve question of first impression? | ○ Yes | ⦿ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ⦿ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

**Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.)

Plaintiffs Harold Dewhurst and David Bryan ("Class Representatives") and their former union ("USW") filed this class action against Century Aluminum Company and Century Aluminum of West Virginia (collectively, "Century Aluminum") and its retiree medical benefits plan. The proposed class consists of now-retired former Century Aluminum employees ("Retirees") and other beneficiaries. Plaintiffs brought this action under Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185(a) and Sections 502(a)(1)(B) and (a)(3) of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1132(a)(1)(B) and (a)(3), to enforce collective bargaining agreements ("CBAs") which provide Retirees and other beneficiaries with medical benefits throughout retirement, which they assert are vested and thus not subject to unilateral termination or modification by Century Aluminum. Century Aluminum moved for summary judgment on February 26, 2014, asking the Court to rule in its favor and find that retirees' healthcare benefits were only guaranteed for the terms of the applicable CBAs. Plaintiffs opposed Century Aluminum's motion. The Court granted summary judgment for Century Aluminum on September 9, 2015, finding that the language of the CBAs unambiguously established that retiree medical benefits were not vested.

| **Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary) |
|---|
| Whether the district court erred as a matter of law when it concluded that no genuine issue of material fact existed regarding the question of whether the parties intended for collectively bargained retiree medical benefits to survive expiration of the CBAs, and held the language of the CBAs unambiguously provided that retiree medical benefits were not vested. |

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.) ||
|---|---|
| Adverse Party: Century Aluminum Company<br><br>Attorney: Ricklin Brown<br>Address: BAILEY & GLASSER, LLP<br>209 Capitol Street<br>Charleston, WV 25301-0000<br><br>E-mail: rbrown@baileyglasser.com<br><br>Phone: 304-345-6555 | Adverse Party: Century Aluminum Company<br><br>Attorney: Shay Dvoretzky<br>Address: JONES DAY<br>51 Louisiana Avenue, NW<br>Washington, DC 20001-2113<br><br>E-mail: sdvoretzky@jonesday.com<br><br>Phone: 202-879-3474 |
| **Adverse Parties (continued)** ||
| Adverse Party: Century Aluminum Company<br><br>Attorney: Sarah B. McClure<br>Address: JONES DAY<br>51 Louisiana Avenue, NW<br>Washington, DC 20001-2113<br><br>E-mail: sbmcclure@jonesday.com<br><br>Phone: 202-879-3811 | Adverse Party: Century Aluminum Company<br><br>Attorney: Stanley Weiner<br>Address: JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114-0000<br><br>E-mail: sweiner@jonesday.com<br><br>Phone: 216-586-7763 |

| **Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary) |
|---|
| See Issues on Page 1. |

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.) ||
|---|---|
| Adverse Party: Century Aluminum of West Virginia, Inc.<br><br>Attorney: Ricklin Brown<br>Address: BAILEY & GLASSER, LLP<br>209 Capitol Street<br>Charleston, WV 25301-0000<br><br>E-mail: rbrown@baileyglasser.com<br><br>Phone: 304-345-6555 | Adverse Party: Century Aluminum of West Virginia, Inc.<br><br>Attorney: Shay Dvoretzky<br>Address: JONES DAY<br>51 Louisiana Avenue, NW<br>Washington, DC 20001-2113<br><br>E-mail: sdvoretzky@jonesday.com<br><br>Phone: 202-879-3474 |
| **Adverse Parties (continued)** ||
| Adverse Party: Century Aluminum of West Virginia, Inc.<br><br>Attorney: Sarah B. McClure<br>Address: JONES DAY<br>51 Louisiana Avenue, NW<br>Washington, DC 20001-2113<br><br>E-mail: sbmcclure@jonesday.com<br><br>Phone: 202-879-3811 | Adverse Party: Century Aluminum of West Virginia, Inc.<br><br>Attorney: Stanley Weiner<br>Address: JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114-0000<br><br>E-mail: sweiner@jonesday.com<br><br>Phone: 216-586-7763 |

**Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary)

See Issues on Page 1.

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.)

| Adverse Party: Century Aluminum Master Welfare Benefit Plan | Adverse Party: Century Aluminum Master Welfare Benefit Plan |
|---|---|
| Attorney: Ricklin Brown<br>Address: BAILEY & GLASSER, LLP<br>209 Capitol Street<br>Charleston, WV 25301-0000<br><br>E-mail: rbrown@baileyglasser.com<br><br>Phone: 304-345-6555 | Attorney: Shay Dvoretzky<br>Address: JONES DAY<br>51 Louisiana Avenue, NW<br>Washington, DC 20001-2113<br><br>E-mail: sdvoretzky@jonesday.com<br><br>Phone: 202-879-3474 |

**Adverse Parties (continued)**

| Adverse Party: Century Aluminum Master Welfare Benefit Plan | Adverse Party: Century Aluminum Master Welfare Benefit Plan |
|---|---|
| Attorney: Sarah B. McClure<br>Address: JONES DAY<br>51 Louisiana Avenue, NW<br>Washington, DC 20001-2113<br><br>E-mail: sbmcclure@jonesday.com<br><br>Phone: 202-879-3811 | Attorney: Stanley Weiner<br>Address: JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114-0000<br><br>E-mail: sweiner@jonesday.com<br><br>Phone: 216-586-7763 |

| **Appellant** (Attach additional page if necessary.) ||
|---|---|
| Name: Harold Dewhurst<br><br>Attorney: Pamina Ewing<br>Address: Feinstein Doyle Payne & Kravec, LLC<br>Allegheny Building, 17th Floor<br>429 Forbes Avenue<br><br>E-mail: pewing@fdpklaw.com<br><br>Phone: 412-281-8400 | Name: David Bryan<br><br>Attorney: Pamina Ewing<br>Address: Feinstein Doyle Payne & Kravec, LLC<br>Allegheny Building, 17th Floor<br>429 Forbes Avenue<br><br>E-mail: pewing@fdpklaw.com<br><br>Phone: 412-281-8400 |
| **Appellant (continued)** ||
| Name: United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO/CLC<br><br>Attorney: Joseph P. Stuligross<br>Address: United Steelworkers<br>Five Gateway Center, Suite 807<br>Pittsburgh, PA 15222<br><br>E-mail: jstuligross@usw.org<br><br>Phone: 412-562-2526 | Name: United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO/CLC<br><br>Attorney: Pamina Ewing<br>Address: Feinstein Doyle Payne & Kravec, LLC<br>Allegheny Building, 17th Floor<br>429 Forbes Avenue<br><br>E-mail: pewing@fdpklaw.com<br><br>Phone: 412-281-8400 |

Signature: s/ Pamina Ewing    Date: October 23, 2015

Counsel for: HAROLD DEWHURST; DAVID BRYAN, on behalf of themselves and all other persons similarly situated; UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO/CLC

**Certificate of Service**: I certify that on October 23, 2015 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below (Attach additional page if necessary):

Signature: s/ Pamina Ewing    Date: October 23, 2015